# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re 1600 Western Venture LLC,

      Debtor.

Bankr. No. 25-08821

Chapter 11

Chief Judge Cox

## Order Setting Trial Dates

The hearing on the matters before the court will continue on

Wednesday, December 10, 2025 at 10:00 a.m. and on Thursday, December 11, 2025 at 11:00

a.m.

Judge:  J. P. Cox

*Jacqueline P. Cox*

Date:  November 21, 2025