UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re 1600 Western Venture LLC,

    Debtor.

Bankr. No. 25-08821

Chapter 11

Chief Judge Cox

### Order Setting Status on Real Estate Progress/Efforts (Dkt. 69)

On July 8, 2025, this court granted the Debtor's Application to Employ Michael J. Flynn of Hiffman Shaffer Associates,Inc. and Arthur J. Burrows in connection with a potential sale of the Debtor's real property.  Order, Docket 69.

On Thursday, February 5, 2026 at 10:00 a.m. Mr. Burrows is ordered to appear before this court to advise on whether the property has been marketed and whether there is a sale of it in prospect.

Mr. Burrows may appear in person at the Dirksen U.S. Courthouse, 219 S. Dearborn St., Courtroom 680, Chicago, Illinois 60604.  He is free to appear via zoom:
Meeting I.D.  161 273 2896  and  Pascode 778 135.

No written report is being requested.

Judge:  J. Cox   /s/ Jacqueline P. Cox

Date:  January 30, 2026